IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ROBERT KRUG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:15CV88 |
| | ) | |
| REGIONS FINANCIAL COPORATION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on May 11, 2015, was served on the parties in this action. (ECF No. 27.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED AND ADJUDGED that arbitration be compelled as to Plaintiff's claims against Defendants Regions Financial Corporation and Regions Bank, and this action be STAYED as to Plaintiff's claims against Defendants Regions Financial Corporation and Regions Bank pending the conclusion of the arbitration.

This, the 16th day of June, 2015.

                                                               /s/ Loretta C. Biggs
                                                  United States District Judge